## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THOMAS M. BARTLETT, Individually, | ) ) ) | |
| Plaintiff, | ) | CASE NO. 12-cv-01306-ABJ |
| v. | ) ) | |
| GORDON OVERSLAUGH, Individually, and SUITE SERVICES, INC., a D.C. corporation, | ) ) ) ) | |
| Defendants. | ) ) | |

## <u>NOTICE OF FILING</u>

PLEASE TAKE NOTICE that Plaintiff, THOMAS M. BARTLETT hereby files the "Notice of Hearing and Order to Appear" and "Motion to Adjudicate Civil and Criminal Contempt and Modify and Extend Civil Protective Order" filed in D.C. Superior Court, Domestic Violence Unit, against Joel Bartlett by Defendant, Gordon Overslaugh. Plaintiff further states as follows:

1.      Joel Bartlett is the former relator in this suit, brother of Plaintiff Thomas Bartlett, proxy of Plaintiff, and authorized agent with settlement authority set to appear at Court-ordered mediation before Judge Facciola on May 7, 2013, pursuant to the status conference and Minute Order entered by this Court on April 12, 2013 and D.E. 54.

2.      Yesterday, Joel Bartlett was served in California with an Order to appear for a hearing in D.C. Superior Court, Domestic Violence Unit, on May 8, 2012, by Mr. Overslaugh, who is now seeking to hold Mr. Bartlett in criminal contempt of court and obtain a CPO against Joel Bartlett.

3.      The Notice, Order and Motion are attached as composite Exhibit "A."

4.      The mediation in the present action is scheduled for May 7, 2013. The criminal contempt and CPO hearing has been scheduled by Mr. Overslaugh for the day after mediation, on May 8, 2013.[1]

5.      Plaintiff files the documents herein to raise to the Court's attention the cloud of bad faith that has been inexplicably created by Mr. Overslaugh immediately prior to mediation, serving no other end than to frustrate the purpose of the mediation, and obtain litigation advantage through a criminal contempt proceeding.

6.      Notably, Plaintiff agreed to further mediation at the initiation of Mr. Overslaugh, who sought to postpone the Suite Services, Inc. shareholders vote previously noticed for April 15, 2013.

7.      Plaintiff agreed to mediate at great personal expense and with the reasonable expectation that it was to be conducted in good faith and that it would aid in resolving some issues between the parties.

8.      Joel Bartlett is attending from California, and undersigned counsel is attending from Florida in reliance on Mr. Overslaugh's representations to the Court on April 12, 2013.

9.      Plaintiff reserves the right to seeks sanctions on account of the foregoing and hereby requests that a show cause order be entered by the Court for explanation as to why Defendant should not be sanctioned for bad faith conduct relative to mediation.

---

[1]      The conduct forming the basis for Mr. Overslaugh's filings occurred prior to the status conference with the Court on April 12, 2013.

Dated:  April 26, 2013

> s/ MARLON J. WEISS_____
> Marlon J. Weiss, Esq.
> DC Bar No. 985472
> mweiss@gwlawfirm.net
> GARRITY-WEISS, P.A.
> 1002 E. Newport Center Drive, Suite 102
> Deerfield Beach, FL 33442
> Tel.: (954) 570-6616
> Fax: (954) 570-6618
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on April 26, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> s/ MARLON WEISS_____
> Marlon Weiss, Esq. (DC Bar No. 985472)
> mweiss@gwlawfirm.net

## SERVICE LIST

Christopher M. Brown, Esq.
chris.brown@ackerman-legal.com
Ackerman Legal PLLC
1250 Connecticut Ave NW, #200
Washington, DC 20036-2643
(202) 393-5428 Tel.
(202) 355-6489 Fax
*Attorneys for Defendant*

Ellis L. Bennett, Esq.
ebennett@dglegal.com
Dunlap Weaver, PLLC
199 Liberty Street SW
Leesburg, VA  20175-2715
(703) 777-7319 Tel.
(703) 777-3656 Fax
*Co-Counsel for Plaintiff*