UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOEL BARTLETT ex rel., THOMAS M., BARTLETT, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:   1:12-cv-01306-ABJ The Honorable Amy Berman Jackson |
| GORDON OVERSLAUGH, | ) ) ) | |
| Defendant. | ) ) | |

**AMENDED JOINT REPORT**

COMES NOW, Defendant, Gordon Overslaugh and submits this Amended Joint Report as ordered by Judge Berman Jackson in her Minute Order of February 28, 2014. [The only change between this submission and the prior submission of today's date is correcting the docket reference in the Status of Representation Section]

In this Court's Minute Order of February 28, 2014 Judge Jackson extended the deadline for mediation through March 31, 2014 and ordered the filing of a joint report for April 1, 2014. Although this is to be a joint report, undersigned counsel for Gordon Overslaugh failed to reach counsel for Mr. Bartlett prior to filing. The facts stated in this report are not believed to be in dispute, based upon recent conversations with opposing counsel and with Judge Facciola.

**STATUS OF MEDIATION**

The parties have not completed mediation. As a prerequisite to mediation, the parties engaged a forensic accountant, KPMG LLP, to review the books and records of the parties' jointly-owned business and prepare a report that is anticipated to be

1

instrumental in resolving the case through mediation.  As of this filing, KPMG has not released the report to the parties.

On information and belief, the report has been shared with Judge Facciola and is now complete, however; KPMG will not release the report to the parties until it has satisfied itself that counsel for both parties have signed KPMG's engagement letter.

## STATUS OF REPRESENTATION

There is recent uncertainty surrounding the current representation of plaintiff, Thomas Bartlett, which began with prior counsel, Marlon Weiss' withdrawal from the case.  It is this uncertainty that has delayed the release of the KPMG report.

On March 31, 2014, Mr. Bartlett, through counsel, filed his Response to Order of the Court Regarding Order to Show Cause (document number 69).  This response explains the current status of representation.  Although counsel is unaware of the current status of the KPMG report, the parties are hopeful the report will be released promptly so mediation can be scheduled.

## CONCLUSION

The parties have been in regular communication with Judge Facciola and KPMG regarding the status of the KPMG report and efforts to return to mediation.  Despite these efforts the parties have been unable to gain access to the report and schedule mediation.  It is anticipated that the barriers to receiving the report have been removed and hopefully mediation can be scheduled shortly.

April 1, 2014                               Respectfully submitted,

   _/s/ Christopher M. Brown_____
Christopher M. Brown
D.C. Bar Number:  502421
ACKERMAN BROWN PLLC
1250 Connecticut Ave., NW, Ste. 200
Washington, D.C. 20036
Tel.: (202) 393-5428
Fax:  (202) 355-6489
chris.brown@ackermanbrown.com

**COUNSEL FOR DEFENDANT**
**GORDON OVERSLAUGH**

<u>Certificate of Service</u>

I hereby certify that the foregoing was served by filing with the Clerk's ECF system on April 1, 2014, which serves notice on counsel of record, if any.

   _/s/ Christopher M. Brown__