# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOEL BARTLETT** *ex rel.* **THOMAS M. BARTLETT,** *Individually,* )<br>)<br>)<br>)<br>        Plaintiff,   )<br>v.                          )<br>)<br>**GORDON OVERSLAUGH** *Individually*,   )<br>)<br>)<br>        Defendant.   )<br>) | Case No. 1:12-cv-01306-ABJ |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel was not made aware of Marlon Weiss's withdrawal from the case until after it had occurred and undersigned counsel, and at no time, neither before or subsequent to learning of Mr. Weiss's withdrawal ever agreed to participate in the case as lead counsel.  Undersigned counsel was advised that another attorney from Mr. Weiss's former firm intended to submit a pro hac vice motion but that did not occur.  Undersigned counsel initially indicated a willingness to assist with such motion.  However, for various reasons, undersigned counsel is no longer willing to consider assisting with another member of Mr. Weiss's firm being admitted to the case pro hac vice and notified the firm of the same.

Undersigned counsel also advised Mr. Weiss's former firm of the intention to withdraw as counsel and further indicated that it would give Mr. Weiss's former firm a week to find substitute counsel.  Undersigned counsel gave Mr. Weiss's former firm

more than one week to find substitute counsel, and to undersigned counsel's knowledge that too has not occurred.

Undersigned counsel has conferred with opposing counsel, Christopher M. Brown, as to its intention to move to withdraw and to undersigned counsel's understanding there is no objection.

Accordingly, undersigned counsel, and the firm DunlapWeaver, PLLC, hereby moves to withdraw from this matter and requests an Order from this Court to effectuate withdrawal of undersigned counsel and the firm of DunlapWeaver, PLLC.

DUNLAPWEAVER PLLC

By:   /s/ Ellis L. Bennett

Ellis L. Bennett, D.C. Bar No. 479059
DUNLAPWEAVER PLLC
211 Church Street, SE
Leesburg, VA 20175-2715
(703) 777-7319 (phone)
(703) 777-3656 (fax)

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th Day of April, 2014, I caused a copy of the foregoing to be filed on the CM/ECF system, which shall cause a copy of the foregoing to be delivered upon:

> Christopher M. Brown, Esq.
> Ackerman Brown PLLC
> 1250 Connecticut Ave NW, #200
> Washington, DC 20036